UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re:<br>**INDIA SYMMONE MURRY,** | CASE NO.: 23-05088-RLM-7 |
| **Debtor.** | Chapter 7 |
| **INDIA SYMMONE MURRY,** | |
| **Plaintiff** | |
| vs. | |
| **UNITED STATES OF AMERICA**<br>**DEPARTMENT OF EDUCATION**<br>       **Defendant.** | ADV. PRO. CASE NO.: 24-50011 |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed.R.Bankr.P. 7041, Plaintiff India Symmone Murry (hereinafter "Plaintiff"), by counsel, Defendant, United States of America Department of Education (hereinafter "DOE"), hereby file their Joint Stipulation of Dismissal of *Debtor India Symmone Murry's Complaint to Determine Federal Student Loans Dischargeable for "Undue Hardship" Under U.S.C. §523(a)(8)* (hereinafter "Complaint") filed against DOE, and in support, show the Court the following:

1. On January 16, 2024, Plaintiff filed her Complaint against DOE.

2. On March 14, 2024, DOE filed a Notice of Extension of Time to File Answer.

3. Parties agree this Adversary Proceeding Case should be dismissed without prejudice.

4. Parties agree that each party shall be responsible for their own costs and attorney's fees in this matter.

WHEREFORE, Plaintiff, India Symmone Murry, by counsel, Defendant, United States of America Department of Education agree this Adversary Proceeding Case No. 24-50011 should be dismissed without prejudice and for all other just and proper relief.

Respectfully submitted,

*/s/ Keith E. Gifford*
Keith E. Gifford
SAEED & LITTLE, LLP
8777 Purdue Road, Suite 106
Indianapolis, IN 46268
P#: (317) 685-2426
F#: (317) 636-8686
EM: keith@slbankruptcy.com

*/s/ J. Taylor Kirklin*
J. Taylor Kirlin, Asst. US Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204
P: (317) 229-2457
EM: Taylor.Kirklin@usdoj.gov
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by electronic filing or via First Class U.S. Mail, postage prepaid this 23rd day of April, 2024 on the following:

U.S. Trustee, Southern District of Indiana
ustpregion10.in.ecf@usdoj.gov

        */s/ Keith E. Gifford*
        Keith E. Gifford
        SAEED & LITTLE, LLP
        8777 Purdue Road, Suite 106
        Indianapolis, IN 46268
        P#: (317) 685-2426
        F#: (317) 636-8686
        EM: keith@slbankruptcy.com